■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FELIX EVERS, Appellant.— Motion by respondent to dismiss for lack of prosecution appeal from a judgment of the Magistrates' Court of the City of New York, rendered May 18, 1959, convicting defendant, after trial, of operating a motor vehicle as a chauffeur without being licensed therefor (Vehicle and Traffic Law, § 20, subd. 4, now § 501, subd. 4) and sentencing him to pay a fine, which has been paid. Motion granted; appeal dismissed. Motion by appellant to dispense with printing and for an enlargement of time, dismissed as academic. Nolan, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES ROBERT FALLON, Appellant.— Motion by appellant to dispense with printing granted. The appeal will be heard on the original papers (including the typed minutes) and on appellant's typewritten brief, which shall include a copy of the opinion, if any, of the court below. The appellant is directed to file six copies of his typewritten brief and to serve one copy on the District Attorney. Appellant's time to perfect the appeal is enlarged to the September Term, beginning September 6, 1961; appeal ordered on the calendar for said term. William J. Walsh, Esq., 25 Market Street, Poughkeepsie, New York, having consented to serve, is assigned as counsel to prosecute the appeal. Nolan, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT FISH, Appellant.— Pursuant to remand of the Court of Appeals (*People* v. *Fish,* 9 N Y 2d 695), the prior orders of this court dismissing the appeal and denying appellant's motion to dispense with printing, are vacated. Motion by appellant to dispense with printing granted. The appeal will be heard on the original papers and on appellant's typewritten brief, which shall include a copy of the opinion, if any, rendered by the court below. The appellant is directed to file six copies of his typewritten brief and to serve one copy on the District Attorney. Appellant's time to perfect the appeal is enlarged to the September Term, beginning September 6, 1961; appeal ordered on the calendar for said term. Motion for assignment of counsel granted. Anthony F. Marra, Esq., 100 Centre Street, New York 13, New York, is assigned as counsel to prosecute the appeal. Ughetta, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAMMIE E. FLOWERS, Appellant.— Motion by appellant for assignment of new counsel to prosecute appeal, in substitution for the presently assigned counsel, denied. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.